UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ERNEST G. THORNTON,**
    Plaintiff(s),

v.                           Case No.  3:12-cv-196-J-34JRK

**NCO FINANCIAL SYSTEMS, INC.,**
    Defendant(s).

_____

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and other applicable federal law, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and request the entry of an order dismissing this action with prejudice.

    Respectfully submitted,

| | |
|---|---|
| /s/ Max Story | /s/ Rachel Morris |
| Max Story, Esquire | Rachel Morris, Esq. |
| Florida Bar No. 0527238 | Florida Bar # 0091498 |
| 233 East Bay Street, Suite 920 | 3350 Buschwood Park Drive |
| Jacksonville, Florida 32202-3456 | Tampa, Florida 33618 |
| Telephone: (904) 355-0805 | Telephone: (813)890-2469 |
| Fax: (904) 634-1507 | Fax: 866-466-3140 |
| max@collinsstorylaw.com | rmorris@sessions-law.biz |
| Attorney for Plaintiff | Attorney for Defendant |